IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  08-cv-00894-WYD-BNB

MICHAEL CROUT and
THERESA CROUT,

    Plaintiffs,

v.

FORD MOTOR COMPANY,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court by stipulation. The Court having reviewed the stipulation, it is hereby

ORDERED that the Stipulation for Dismissal with Prejudice [doc. #23, filed January 26, 2009] is **GRANTED** and this case is **DISMISSED WITH PREJUDICE**, each party to bear their own attorney's fees and costs.

    Dated:  January 29, 2009

                                BY THE COURT:

                                s/ Wiley Y. Daniel
                                Wiley Y. Daniel
                                Chief United States District Judge